IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LEONARD L. JOHNSON                                                                    PETITIONER

VS.                                  CASE NO. 2:05CV00278 SWW

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                          RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

SO ORDERED this 7th day of February,  2006.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE