IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LEONARD L. JOHNSON                                                    PETITIONER

VS.                    CASE NO. 2:05CV00278 SWW

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                           RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, granted. Respondent is directed to (a) consider, at an appropriate time and in good faith, transferring Petitioner to a CCC for the last six months of his sentence in accordance with the factors taken into account by the BOP prior to its adoption of the December 2002 policy; and (b) placing Petitioner in conditions that will afford him a reasonable opportunity to adjust to and prepare for his reentry into the community during a reasonable part of the last ten percent of his term, to the extent practicable, not to exceed six months.

SO ADJUDGED this 7th day of February, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE